In the Matter of the Claim of RUTH SWANSON, Appellant, against VAL LINE, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Submitted June 4, 1942; decided July 29, 1942.

*Irvin A. Snyder* for appellants.

*Jeremiah F. Connor* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.